# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael William Woodford and    :
Options Insurance Agency,    :
        Petitioners    :
    :
      v.    :    No. 1005 C.D. 2018
    :
Pennsylvania Insurance Department,    :
        Respondent    :

## O R D E R

NOW, February 15, 2019, upon consideration of petitioners' application for reargument, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge